■ The People of the State of New York, Respondent, v Biviano Mojica, Appellant. [679 NYS2d 853] —Appeal by the defendant, as limited by his motion, from a sentence of the County Court, Orange County (Berry, J.), imposed September 3, 1997, upon his conviction of criminal sale of a controlled substance in the third degree, the sentence being an indeterminate term of 1⅙ to 6 years imprisonment.

Ordered that the sentence is affirmed.

The defendant's waiver of the right to appeal does not preclude review of his claim regarding the legality of his sentence (*see, People v Seaberg,* 74 NY2d 1, 9). However, the defendant's contention is without merit, as the minimum term imposed by the court for his conviction of criminal sale of a controlled substance in the third degree (*see,* Penal Law § 220.39 [1]) did not exceed one-third of the maximum term imposed (*see,* Penal Law § 70.00 [3] [b]). Mangano, P. J., Bracken, O'Brien, Pizzuto and Florio, JJ., concur.